UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LADONTE SCOTT,

Petitioner,

v.

ROBERT W. FOX,

Respondent.

No. 2:18-cv-2687 KJN P

ORDER

Petitioner is a state prisoner, proceeding without counsel. On October 20, 2018, petitioner filed a letter inquiring whether his federal petition had been received by the Sacramento Division of this court. Petitioner also requested "preliminary relief" asking that his case be heard on an expedited basis because he is temporarily housed at the California Medical Facility, and will be transferred to an unknown prison, likely further away from the Eastern District, some time in November. Petitioner's motion is dated October 22, 2018.

Petitioner's federal petition was transferred to this court on October 3, 2018, and on October 16, 2018, respondent was directed to file a response within sixty days. Petitioner is advised that the location of his housing does not support an expedited review of his habeas petition. His petition has been served on respondent, and the court can take no action on the petition until it is fully briefed. So long as petitioner keeps the court apprised of his current address, the court will notify petitioner of any decision issued in his case, whether or not

1

petitioner is housed in a prison located near this district.  In an abundance of caution, the Clerk of the Court is directed to re-serve a copy of the October 16, 2018 order on petitioner at his current address.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 11) is partially granted; and

2. The Clerk of the Court is directed to re-serve a copy of the October 16, 2018 order (ECF No. 7) on petitioner at his current address of record.

Dated:  November 6, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/scot2687.mot