IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL LADONTE SCOTT,** | Case No. 2:18-cv-02687-TLN-KJN |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **ROBERT W. FOX,** | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel. On March 27, 2019, respondent filed a request for a sixty-day extension of time to file a reply to petitioner's opposition to respondent's motion to dismiss this action as barred by the statute of limitations. Petitioner seeks equitable tolling on the basis of mental impairment and restricted movement during the period the limitations period was running. In addition to petitioner's 85-page opposition, respondent has received four boxes of thousands of pages of institutional records to review, and anticipates additional records must be ordered.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion (ECF No. 36) is granted; and

////

2. Respondent's reply to petitioner's opposition to respondent's motion to dismiss shall be filed on or before May 26, 2019.

Dated: March 29, 2019

/scot2687.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE