UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LADONTE SCOTT, | No. 2:18-cv-2687 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| ROBERT W. FOX, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding in forma pauperis and without counsel. In his petition for writ of habeas corpus under 28 U.S.C. § 2254, petitioner challenges his 2012 conviction for kidnapping and forcible sex offenses with the use of a weapon (knife). (ECF Nos. 1, 17-1 at 1.) Petitioner pled no contest to the charges on January 17, 2012, and was sentenced to 35 years in state prison. (ECF No. 58-5.) On September 30, 2019, petitioner renewed his motions for appointment of counsel, and transfer to the local jail pending an evidentiary hearing not yet scheduled in this case. (ECF Nos. 59, 60.) Petitioner's motions were signed on September 25, 2019; due to his recent transfer, it is unclear whether petitioner had benefit of the court's September 19, 2019 order at the time he mailed his most recent motions.

Because the court addressed petitioner's requests in the September 19, 2019 order, petitioner's September 30, 2019 motions are duplicative and are denied for the same reasons set forth in the prior order. Petitioner is provided another copy of the September 19, 2019 order.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motions (ECF No. 59, 60) are denied without prejudice; and

2. The Clerk of the Court shall serve petitioner another copy of the September 19, 2019 order (ECF No. 54).

Dated: October 2, 2019

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/scot2687.den2