UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LADONTE SCOTT, | No. 2: 18-cv-2687 TLN KJN P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| ROBERT W. FOX, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a habeas corpus petition pursuant to 28 U.S.C. § 2254. On October 7, 2019, petitioner filed a letter with the court stating that respondent's deadline to file an answer was September 25, 2019. (ECF No. 63.) Petitioner alleges that he did not receive respondent's answer. (<u>Id.</u>) Petitioner signed his letter on October 1, 2019. (<u>Id.</u>)

Respondent filed an answer on September 25, 2019. (ECF No. 57.) Respondent provided proof of service demonstrating that respondent served the answer on petitioner on September 25, 2019, at his address of record, i.e., California State Prison-Los Angeles County ("CSP-LAC"). (ECF No. 57-1.) California Department of Corrections and Rehabilitation ("CDCR") records also reflect that petitioner is housed at CSP-LAC.

On September 30, 2019, petitioner filed three pleadings with the court indicating that petitioner was housed at the California Health Care Facility ("CHCF") in Stockton. (ECF Nos.

1

59, 60, 61.)  Petitioner signed these pleadings on September 25, 2019.  (ECF Nos. 59, 60, 61.)

Because respondent served petitioner with the answer at petitioner's address of record, it appears likely that petitioner had not yet received the answer when he prepared the letter filed October 7, 2019.  Accordingly, if petitioner has not received the answer by the time he receives the instant order, he shall notify the court.

Accordingly, IT IS HEREBY ORDERED that if petitioner has not received the answer by the time he receives this order, he shall notify the court.

Dated:  October 10, 2019

Sc2687.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2