UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LADONTE SCOTT,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT W. FOX,<br><br>　　　　　　Respondent. | No. 2:18-cv-02687-TLN-KJN<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 1, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections to the findings and recommendations. Respondent did not file a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 1, 2020, are ADOPTED IN FULL;
2. The petition for writ of habeas corpus is DENIED; and
3. The Court declines to grant petitioner's request for certificate of appealability referenced in 28 U.S.C. § 2253 (ECF No. 86).

DATED: August 18, 2020

                                                    *[signature]*
Troy L. Nunley
United States District Judge